IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IONE BAND OF MIWOK INDIANS, et al,

    Plaintiffs,

    v.          CIV. NO. S-90-993 LKK/PAN

HAROLD BURRIS, et al,

    Defendants.
_____/
COUNTY OF AMADOR, CALIFORNIA,

    Plaintiff,

    v.          CIV. NO. S-07-527 LKK/GGH

THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al,

                              <u>RELATED CASE ORDER</u>

    Defendants.
_____/

    The court has received the Notice of Related Cases filed March 16, 2007. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997).

////

1

1   Because the cases are already assigned to the same district
2   judge, this order is issued for informational purposes only and
3   shall have no effect on the status of the cases.  The magistrate
4   judge assigned to Civ. S-07-527 LKK is Gregory G. Hollows.[1]
5   IT IS SO ORDERED.
6   DATED:  March 23, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The magistrate judge who was assigned to the earlier case has since retired.

2