```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


COUNTY OF AMADOR, CALIFORNIA,

          Plaintiff,

             v.                         CIV. NO. S-07-0527 LKK/GGH

THE UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,

          Defendants.
_____/
IONE BAND OF MIWOK INDIANS,
et al.,

          Plaintiffs,

             v.                         CIV. NO. S-90-0993 LKK/PAN

HAROLD BURRIS, et al.,

          Defendants.
_____/

////

////

////

////
```

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA, | |
| Plaintiff, | |
| v. | CIV. NO. S-12-1710 JAM/CKD |
| THE UNITED STATES DEARPTMENT OF THE INTERIOR, et al., | NON-RELATED CASE ORDER |
| Defendants. | |

Plaintiff has filed a Notice of Related Cases asserting that Civ. No. 2:12-cv-1710-JAM is related to Civ. Nos. 2:90-993-LKK and 2:07-cv-527-LKK. The two latter cases were closed nearly sixteen (16) years ago, on September 4, 1996. The court believes that relating the cases will not result in a substantial saving of judicial effort, nor avoid duplication of labor, as contemplated by E.D. Cal. R. 123(a)(3) and (4), and the court therefore **DECLINES** to relate them.

IT IS SO ORDERED.

DATED: July 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT