```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


COUNTY OF AMADOR, CALIFORNIA,

          Plaintiff,

               v.                    CIV. NO. S-07-0527 LKK/GGH

THE UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,

          Defendants.
                                  /
IONE BAND OF MIWOK INDIANS,
et al.,

          Plaintiffs,

               v.                    CIV. NO. S-90-0993 LKK/PAN

HAROLD BURRIS, et al.,

          Defendants.
                                  /

////

////

////

////
```

1  COUNTY OF AMADOR, CALIFORNIA,
2          Plaintiff,
3              v.                        CIV. NO. S-12-1710 JAM/CKD
4  THE UNITED STATES DEARPTMENT
   OF THE INTERIOR, et al.,
5                                        <u>NON-RELATED CASE ORDER</u>
           Defendants.
6  _____/

7       Plaintiff has filed a Notice of Related Cases asserting that Civ. No. 2:12-cv-1710-JAM is related to Civ. Nos. 2:90-993-LKK and 2:07-cv-527-LKK. The two latter cases were closed nearly sixteen (16) years ago, on September 4, 1996. The court believes that relating the cases will not result in a substantial saving of judicial effort, nor avoid duplication of labor, as contemplated by E.D. Cal. R. 123(a)(3) and (4), and the court therefore **DECLINES** to relate them.

        IT IS SO ORDERED.

        DATED: July 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2